# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alexis Marie Peters, | Chapter 13 |
| **Debtor 1** | Case No. 1:24–bk–01052–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 2, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 11, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Alexis Marie Peters<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01052-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, September 11, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:24-bk-01052-HWV
Middle District of Pennsylvania
Harrisburg
Fri Aug  2 12:38:22 EDT 2024

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th street
Harrisburg, PA 17102-1104

Affirm
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One Bank USA
PO Box 30285
Salt Lake City, UT 84130-0285

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Financial Recoveries
PO Box 1388
Mount Laurel, NJ 08054-7388

Kacie J. Peters
40 Joan Drive
York, PA 17404-8288

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

LendingClub Corporation
71 Stevenson Street, Suite 300
San Francisco, CA 94105-2985

Members 1st FCU
PO Box 8893
Camp Hill, PA 17001-8893

Members 1st Federal Credit Union
5000 Marketplace Way
Enola, PA 17025-2431

Navient
Attn: Claims Department
PO Box 9500
Wilkes Barre, PA 18773-9500

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Santander Bank
450 Penn Street
MC: 10-421-MC3
Reading, PA 19602-1011

Santander Consumer USA Inc.
PO Box 560284
Dallas, TX 75356-0284

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

WellSpan Health
PO Box 15119
York, PA 17405-7119

Alexis Marie Peters
40 Joan Drive
York, PA 17404-8288

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank  
2730 Liberty Avenue  
Pittsburgh, PA 15222

(d)PNC Bank, NA.  
3232 Newmark Drive  
Miamisburg, OH 45342

PORTFOLIO RECOVERY ASSOCIATES, LLC  
POB 41067  
Norfolk, VA 23541

Jack N Zaharopoulos  
Standing Chapter 13  
(Trustee)  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC Bank, National Association

End of Label Matrix  
Mailable recipients   27  
Bypassed recipients    1  
Total                 28